UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of himself and all others similarly situated,

          Plaintiffs,

-against-

WAFFLE HOUSE, INC.,

          Defendant.

Case No. 1:22-cv-5976

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             January 13, 2023

                                              Respectfully Submitted,

                                              **/s/ Mars Khaimov**
                           By:    Mars Khaimov, Esq.
                                 108-26 64th avenue, Second Floor
                                 Forest Hills, New York 11375
                                 Tel (929) 324-0717
                                 Fax (929) 333-7774
                                 Email: mars@khaimovlaw.com
                                 *Attorney for Plaintiff*